# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE

| | | |
|---|---|---|
| DODD POWELL KING, | * | |
| Plaintiff, | * | |
| and | * | |
| CHERYL A. KING, | * | No. 2:09-CV-00276 |
| | * | **JURY DEMAND** |
| Involuntary Plaintiff, | * | |
| vs. | * | |
| ALLSTATE INSURANCE COMPANY, | * | |
| Defendant. | * | |

## MOTION TO DISMISS

Comes Defendant Allstate Insurance Company ("Allstate") and moves the Court to dismiss Plaintiffs' prayer for relief pursuant to Tenn. Code Ann. § 56-7-105 and Tenn. Code Ann. § 47-18-101 et. seq. in that the Complaint fails to state a cause of action against Allstate.

Respectfully submitted,

ALLSTATE INSURANCE COMPANY

By:     s/Suzanne S. Cook
        Suzanne S. Cook
        *TN BPR No. 017579*
        *VA BPR No. 39643*
        HUNTER, SMITH & DAVIS
        100 Med Tech Parkway, Suite 110
        Johnson City, TN 37604
        Tel: (423) 283-6302

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2010, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                s/ Suzanne S. Cook