IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DODD POWELL KING, | ) |
|       Plaintiff, | ) |
| and | )   NO. 2:09-CV-276 |
| CHERYL A. KING, | ) |
|       Involuntary Plaintiff, | ) |
| v. | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
|       Defendant. | ) |

**O R D E R**

This matter is before the Court on defendant's "Motion to Dismiss," [Doc. 13]. The entire document states as follows: "Comes Defendant Allstate Insurance Company ("Allstate") and moves the Court to dismiss Plaintiffs' prayer for relief pursuant to Tenn. Code Ann. § 56-7-105 and Tenn. Code Ann. § 47-18-101 et. seq. in that the Complaint fails to state a cause of action against Allstate." The defendant did not file a memorandum in support or any accompanying materials in support of the motion.[1] Furthermore, it is unclear as to the exact basis upon which the defendant seeks dismissal. A one sentence request is insufficient grounds for this Court to dismiss a cause or causes of action, for this Court will not speculate as to the basis upon which relief is sought. As such, the defendant's motion is **DENIED**. The defendant may, if it chooses to do so, refile the

---

[1] Local Rule 7.1 states, "Unless the Court notifies the parties to the contrary, the briefing schedule for all motions shall be: (1) the opening brief and any accompanying affidavits or other supporting material shall be served with the motion . . . ."

motion, and in so doing, the defendant should set forth the specific relief sought, the basis for that relief, and any supporting authority or citations to authority to show that it is entitled to such relief.[2]

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

---

[2] This Court notes that the plaintiff failed to respond to the motion. "Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought." E.D.TN. L.R.7.2. Because this Court is unsure as to what the relief sought actual is, however, this Court declines to grant the motion on that basis.