UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DODD POWELL KING and<br>CHERYL A. KING,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)     NO.: 2:09-CV-276<br>)<br>)<br>)<br>) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 5, 2012. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's Motion for Sanctions pursuant to Federal Rule of Civil Procedure 37, [Doc. 23], which seeks sanctions, including dismissal, for failure to provide information required by Rule 26(a), be granted and that the suit by the plaintiff and involuntary plaintiff be dismissed. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is

1

ADOPTED and APPROVED, [Doc. 31], that defendant's Motion for Sanctions, [Doc. 23], be GRANTED, and that the case be DISMISSED for failure to prosecute.

E N T E R:

                                                s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE