UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DODD POWELL KING and<br>CHERYL A. KING,<br><br>       Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)    NO.: 2:09-CV-276<br>)<br>)<br>)<br>) |

## JUDGMENT

This case came before the Court on a Motion for Sanctions, including dismissal, filed by Defendant Allstate Insurance Company. The Honorable J. Ronnie Greer, United States District Judge, having rendered a decision on the motion, it is **ORDERED** and **ADJUDGED** that the plaintiffs take nothing, that the plaintiffs' action be **DISMISSED WITH PREJUDICE**.

    ENTER:

                                                         s/ *Debra C. Poplin*
                                                         District Court Clerk