UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DODD POWELL KING and <br> CHERYL A. KING, <br><br> Plaintiff/Counter Defendant, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant/Counter Plaintiff. | NO.: 2:09-CV-276 |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is ORDERED and ADJUDGED that the counter-defendants, DODD POWELL KING and CHERYL A. KING, pay to the counter-plaintiff, ALLSTATE INSURANCE COMPANY, the total sum of $40,767.74 in attorney's fees and costs. It is further ORDERED that the case is DISMISSED in its entirety.

DATED:

s/*Debra C. Poplin*
CLERK OF COURT